In the Matter of the Transfer Tax upon the Estate of
ALFRED G. VANDERBILT, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK,
Appellant; REGINALD C. VANDERBILT et al., as Exec-
utors, Respondents.

*Matter of Vanderbilt (Estate)*, 184 App. Div. 661, affirmed.
(Argued April 9, 1919; decided April 29, 1919.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered December 27, 1918, which unanimously
affirmed an order of the New York County Surrogate's
Court assessing a transfer tax upon the estate of Alfred
G. Vanderbilt, deceased. The decedent by his will
made provision for payment to his widow of an amount
due her by the terms of an ante-nuptial agreement.
The question was whether said amount was subject
to a transfer tax.

*Schuyler C. Carlton* and *Lafayette B. Gleason* for
appellant.

*Roy C. Gasser* and *Henry B. Anderson* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO,
POUND, McLAUGHLIN and ANDREWS, JJ.